1  ROBERT H. ROTSTEIN (SBN 72452),
   rxr@msk.com
2  EMILY F. EVITT (SBN 261491)
   efe@msk.com
3  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
4  Los Angeles, California 90064-1683
   Telephone: (310) 312-2000
5  Facsimile: (310) 312-3100

6  Attorneys for Plaintiffs

7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11 | WARNER BROS. ENTERTAINMENT          | CASE NO. CV 10-6318-GW (JEMx)
   | INC., a Delaware corporation; DISNEY |
12 | ENTERPRISES, INC., a Delaware        | The Honorable George H. Wu
   | corporation.                         |
13 |                                      | **STIPULATION FOR ENTRY OF**
   |              Plaintiffs,             | **JUDGMENT**
14 |                                      |
   |          v.                          | [PROPOSED] ORDER AND
15 |                                      | [PROPOSED] CONSENT JUDGMENT
   | TRITON MEDIA LLC, an Arizona         | LODGED CONCURRENTLY
16 | corporation,                         | HEREWITH
17 |              Defendants.             |

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR ENTRY OF JUDGMENT

1   Plaintiffs Warner Bros. Entertainment Inc. and Disney Enterprises, Inc.
2   (collectively, "Plaintiffs"), and Defendant Triton Media LLC ("Defendant") hereby
3   agree to an order entering judgment based on the following facts:

4   A.   Plaintiffs allege that Defendant has engaged in contributory copyright
5   infringement and inducement of copyright infringement by owning, operating,
6   providing advertising consulting and referrals for, and/or providing other material
7   assistance to the websites www.free-tv-video-online.info, supernovatube.com,
8   donogo.com, watch-movies.net, watch-movies-online.tv, watch-movies-links.net,
9   thepiratecity.org, and havenvideo.com (collectively the "Websites");

10   B.   The Websites among other things, assist, enable, promote, facilitate,
11   induce, and profit from the infringement of Plaintiffs' copyrighted motion pictures
12   and television programs by posting, organizing, and indexing links to infringing
13   video content that is available on third-party websites and/or by hosting infringing
14   content;

15   C.   On August 25, 2010, Plaintiffs initiated the present action asserting
16   claims for contributory copyright infringement (17 U.S.C. § 101 *et seq.*) and
17   inducement of copyright infringement (17 U.S.C. § 101 *et seq.*) (the "Claims");

18   D.   Plaintiffs and Defendant (together, the "Parties") mutually desire to
19   resolve the Claims without further litigation.

20   NOW THEREFORE, the Parties hereto stipulate to an order for entry of
21   judgment as follows:

22   1.   Defendant acknowledges that it has been properly and validly served
23   with the Summons and Complaint in this action.  Defendant further consents to
24   continuing jurisdiction of the Court for purposes of enforcement of the Consent
25   Judgment and irrevocably and fully waives and relinquishes any argument that
26   venue or jurisdiction by this Court is improper or inconvenient.

27   2.   Defendant acknowledges that Plaintiffs allege that it has engaged in
28   contributory copyright infringement and inducement of copyright infringement by

STIPULATION FOR ENTRY OF JUDGMENT

3040336.1

1   owning, operating, providing advertising consulting and referrals for, and/or
2   providing other material assistance to the websites.

3       3.    Defendant denies any liability or wrongdoing.

4       4.    Defendant shall pay damages to Plaintiffs in the amount of Four
5   Hundred Thousand Dollars ($400,000).  This amount is inclusive of all attorneys'
6   fees, costs and interest owed by Defendant to Plaintiffs.

7       5.    Defendant and all persons acting by, through or in concert with
8   Defendant (collectively, "Defendant"):

9       (a)    shall immediately and permanently cease and desist from operating the
10      Websites, except as otherwise provided for in Paragraph 7;

11      (b)    shall immediately and permanently cease and desist from operating
12      any website that is substantially similar to the Websites; and

13      (c)    shall immediately and permanently cease and desist from (i) directly,
14      indirectly, contributorily, or vicariously infringing in any manner, or
15      (ii) enabling, facilitating, permitting, assisting, soliciting, encouraging,
16      inducing, authorizing, aiding or abetting, materially contributing to, or
17      persuading anyone to infringe in any matter, any copyright in any
18      motion picture, television program, or other copyrighted work (or
19      portions thereof), whether now in existence or later created, in which
20      any Plaintiff (including its parents, subsidiaries, or affiliates) owns or
21      controls an exclusive right under either Section 106 of the United
22      States Copyright Act (17 U.S.C. § 106) or the copyright laws of any
23      other country or territory, or any exclusive license thereto (the
24      "Copyrighted Works"), including, but not limited to, engaging in any
25      of the following without express written authority or license from the
26      appropriate Plaintiff:

27

28

STIPULATION FOR ENTRY OF JUDGMENT

3040336.1

1      (i)    copying, reproducing, downloading, distributing, uploading, or

2                linking to, any of the Copyrighted Works;

3      (ii)   transmitting, streaming, performing in public, or

4                communicating to the public by telecommunication, any of the

5                Copyrighted Works;

6      (iii)  enabling, facilitating, permitting, assisting, soliciting,

7                encouraging, inducing, or persuading any person or entity to

8                copy, reproduce, download, distribute, upload, link to, transmit,

9                stream, perform in public, or communicate to the public by

10              telecommunication or publicly perform any of the Copyrighted

11              Works;

12     (iv)  profiting or benefiting from the unauthorized copying,

13              reproduction, downloading, distribution, uploading, linking to,

14              transmission, or public performance of any of the Copyrighted

15              Works while declining to exercise a right to stop or limit such

16              unauthorized copying, reproduction, downloading, distribution,

17              uploading, linking to, transmission, or streaming, performing in

18              public, or communicating to the public by telecommunication

19              any of the Copyrighted Works; and/or

20     (v)   Participating in any affiliate marketing or advertising program

21              regarding, or participating in any similar program designed to

22              drive or refer user traffic to or increase revenues to, including

23              but not limited to acting as an advertising broker for, any

24              Internet website that enables, facilitates, permits, assists,

25              solicits, encourages, abets, promotes, profits from, or induces

26              the copying, reproduction, downloading, distributing,

27              uploading, linking to, transmitting, or public performance of

28              any of the Copyrighted Works.

STIPULATION FOR ENTRY OF JUDGMENT

3040336.1

(d)     if necessary, shall cease to operate or assist in the operation of, and will not profit or benefit from, any website known or suspected by Defendant to be engaging in, authorizing, inducing, encouraging, aiding or abetting, or materially contributing to infringement of any of the Copyrighted Works;

(e)     shall not operate or, provide links to, assist or participate in any way in the operation of, or in any way profit or benefit from, any website that enables, facilitates, permits, assists, solicits, encourages, abets, or induces the copying, reproduction, downloading, distributing, uploading, linking to, transmitting, or public performance of any of the Copyrighted Works, unless and until Defendant has obtained all necessary prior written authority or license for such Copyrighted Works from the appropriate Plaintiff.

6.     Any company or entity that Defendant owns or operates in the future shall also comply with the provisions of this Consent Judgment.

7.     This injunction shall not apply to any Copyrighted Works for which Defendant has obtained an appropriate written license from the Plaintiff that owns or controls the rights to such work.

8.     Defendant shall destroy all digital files representing any Copyrighted Works that are currently in its possession, custody, or control, except for Copyrighted Works for which Defendant has obtained an appropriate written license from the Plaintiff that owns or controls the rights to such work, to the extent such license remains in force and valid.  Defendant shall provide Plaintiffs with a sworn statement within five days after the entry of the Consent Judgment certifying its compliance with this provision.

9.     Absent the prior written consent of Plaintiffs or their designee, Defendant shall not publicly release, distribute, sell, transfer or give away, for consideration or otherwise, any software, source code, object code, technology,

4

STIPULATION FOR ENTRY OF JUDGMENT

1   domain name(s), trademark(s), brand(s), goodwill or any other property of any
2   kind, in whole or in part, which is in any way related to the Websites, including
3   without limitation, by posting such materials on an internet web page or by
4   offering such materials over any peer-to-peer or file-trading network or any other
5   medium.

6       10.    Defendant swears to the accuracy of all of the representations and
7   warranties contained in the Affidavit of Tim Clow, dated August 22, 2010, under
8   penalty of perjury.

9       11.    Defendant irrevocably and fully waives notice of entry of the Consent
10  Judgment and notice and service of the entered Consent Judgment and
11  understands, confirms, and agrees that violation of the Consent Judgment will
12  expose Defendant to all penalties provided by law, including contempt of Court.

13      12.    Defendant irrevocably and fully waives any and all rights to appeal the
14  Consent Judgment, to have it vacated or set aside, to seek or obtain a new trial
15  thereon, or otherwise to attack in any way, directly or collaterally, its validity or
16  enforceability.

17      13.    Defendant acknowledges that the acts giving rise to the claims in
18  Plaintiffs' Complaint constitute willful and malicious injury to Plaintiffs and/or the
19  property of Plaintiffs within the meaning of 11 U.S.C. § 523(a)(6) and 17 U.S.C. §
20  504(c)(2). Defendant further acknowledges that the damages of Four Hundred
21  Thousand Dollars ($400,000) awarded hereunder arise from the acts giving rise to
22  the claims asserted in the Complaint, and accordingly, the damages awarded
23  hereunder are in their entirety non-dischargeable as a debt arising from willful and
24  malicious injury within the meaning of 11 U.S.C. § 523(a)(6).

25      14.    Nothing contained in the Consent Judgment shall limit the right of
26  Plaintiffs to seek relief, including without limitation, damages for any and all
27  infringements by Defendant of the Copyrighted Works occurring after the date
28  Defendant executes this Stipulation for Entry of Judgment.

5

STIPULATION FOR ENTRY OF JUDGMENT

1    15.    Defendant acknowledges that it has read this Stipulation for Entry of

2  Judgment and the concurrently lodged Proposed Consent Judgment, has had them

3  explained by counsel of its choosing, or has had the opportunity to do so, and fully

4  understands them and agrees to be bound thereby.

5    SO STIPULATED.

6

7  DATED: October 19, 2010          ROBERT H. ROTSTEIN
                                    EMILY F. EVITT
8                                   MITCHELL SILBERBERG & KNUPP LLP

9

10                                  By:   /s/ Robert H. Rotstein

11                                     Robert H. Rotstein
                                       Attorneys for Plaintiffs

12

13

14  DATED: October 19, 2010

15

16                                  By:

17                                     Attorneys for Defendant Triton Media
                                       LLC

18

19

20

21

22

23

24

25                                        .

26

27

28

                                    6

3040336.1

15.    Defendant acknowledges that it has read this Stipulation for Entry of Judgment and the concurrently lodged Proposed Consent Judgment, has had them explained by counsel of its choosing, or has had the opportunity to do so, and fully understands them and agrees to be bound thereby.

SO STIPULATED.

DATED: October 19, 2010

ROBERT H. ROTSTEIN
EMILY F. EVITT
MITCHELL SILBERBERG & KNUPP LLP


By: _____
    Robert H. Rotstein
    Attorneys for Plaintiffs


DATED: October 19, 2010

THE FRENCH LAW FIRM, PLC

By: _____
        Jonathan B. French
    Attorneys for Defendant Triton Media
    LLC

3040336.1